Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:  SCLeidner@sbcglobal.net

Counsel for Plaintiff Celecia Graham

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CELECIA GRAHAM,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

No.  CV 07 03794 SS

[~~PROPOSED~~] ORDER AWARDING
EAJA FEES

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee,  shall  be  awarded  attorney  fees   under  EAJA  in  the  amount  FOUR THOUSAND FIVE HUNDRED DOLLARS and 00/cents ($4,500.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced  Stipulation.

Dated: _10/27/08_

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE